STATE OF OREGON,
*Respondent,*

*v.*

ROGER A. McALLISTER,
*Appellant.*

(MC84-2282; CA A35169)

705 P2d 243

Michael R. Lehman, Coos Bay, argued the cause and filed the brief for appellant.

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

Defendant's convictions for assault in the fourth degree and harassment are affirmed. The case is remanded for resentencing. *See State v. Ward,* 59 Or App 42, 650 P2d 164 (1982); *State v. DeChenne,* 39 Or App 901, 594 P2d 831 (1979).

Convictions affirmed; remanded for resentencing.